

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

No. 06-19-00043-CR

MARISSA ANN FLOWERS, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 6th District Court
Lamar County, Texas
Trial Court No. 28135

Before Morriss, C.J., Burgess and Stevens, JJ.

# O R D E R

Court reporter Kelly Bryant recorded the trial court proceedings in appellate cause number 06-19-00043-CR, styled *Marissa Ann Flowers v. The State of Texas*, trial court cause number 28135 in the Sixth Judicial District Court of Lamar County, Texas. The reporter's record was originally due May 7, 2019. The record has not been filed, and Bryant has not requested an extension of the filing deadline, even after receiving email correspondence from this Court inquiring about the status of the record.

The Texas Rules of Appellate Procedure establish that "trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed." TEX. R. APP. P. 35.3(c). The Rules further instruct that an "appellate court may enter any order necessary to ensure the timely filing of the appellate record." *Id.* In furtherance of our responsibilities established by the Rules, we find we must take steps to ensure that the record in this case is filed in a reasonable amount of time.

Therefore, we order Bryant to file the reporter's record in cause number 06-19-00043-CR, styled *Marissa Ann Flowers v. The State of Texas*, trial court cause number 28135 in the Sixth Judicial District Court of Lamar County, Texas, to be received no later than May 28, 2019.

If the reporter's record is not received by May 28, we warn Bryant that we may begin contempt proceedings and order her to show cause why she should not be held in contempt of this Court for failing to obey its order.

IT IS SO ORDERED.

BY THE COURT

Date:   May 21, 2019